UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAURICE PATRICK, | No. 2:12-cv-00702-RSM |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| EMC MARKET OPINION AND RESEARCH SERVICES, INC., | |
| Defendant. | |

## ORDER

This Court has considered Defendant's motion to dismiss Plaintiff's claims for lack of jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1). *See* Dkt. #18. Plaintiff asserts subject matter jurisdiction pursuant to 28 U.S.C. § 1332. *See* Dkt. #7. 28 U.S.C. § 1332(a)(1) confers upon federal courts jurisdiction over "civil actions where the matter in controversy exceeds the sum or value of $10,000 . . . and is between . . . citizens of different States." For the exercise of subject matter jurisdiction to be proper in a diversity case, no plaintiff can be a citizen of the same state as any defendant. *Owen Equipment & Erection Co. v. Kroger,* 437 U.S. 365, 373 (1978). Diversity is determined as of the time the complaint was filed, *Mann v. City of Tuscon,* 782 F.2d 790, 794 (9th Cir. 1986), and the burden of proving jurisdictional facts is on the party

asserting jurisdiction, *McNutt v. General Motors Acceptance Corp.,* 298 U.S. 178, 182; *Fenton v. Freedman,* 748 F.2d 1358, 1359 n. 1 (9th Cir. 1984). The diversity statute is construed strictly and doubts are resolved against finding jurisdiction. *Kantor v. Wellesley Galleries, Ltd.,* 704 F.2d 1088, 1092 (9th Cir. 1983).

Plaintiff asserts that he is a citizen of Washington. *See* Dkt. #1, Ex. 3.  Defendant, a corporation, is also a citizen of Washington. *See* Dkt. #19.  *See also* 28 U.S.C. § 1332(c)(1); *Industrial Tectonics Inc. v. Aero Alloy,* 912 F.2d 1090, 1092 (9th Cir.1990) (holding that a corporation is a citizen of the state in which it is incorporated and of the state in which it has its principal place of business).  Because the parties are not diverse, this court lacks subject matter jurisdiction.

Now, therefore, it is hereby

ORDERED that all claims of Plaintiff, Maurice Patrick are dismissed in their entirety.

DONE this 7 day of <u>August</u> 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE